# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D18-0538

———————————————

MICHAEL GLIDDEN,

    Petitioner,

v.

MARK S. INCH, Secretary,
Florida Department of
Corrections,

    Respondent.

———————————————

Petition for Writ of Certiorari—Original Jurisdiction.

February 25, 2019

PER CURIAM.

The petition for writ of certiorari is denied on the merits.

WOLF, OSTERHAUS, and JAY, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Michael Glidden, pro se, Petitioner.

Kenneth S. Steely, General Counsel, and Gayla Grant, Assistant General Counsel, Florida Department of Corrections, Tallahassee, for Respondent.